IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICIA ENGLISH, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| GREYHOUND BUS LINES, INC., | : | |
|     Defendant | : | No. 10-CV-613 |

## ORDER

AND NOW, this 19th day of October, 2011, upon consideration of Plaintiff's Motion in Limine to Preclude Evidence of Plaintiff's Illicit Drug and Alcohol Use (doc. 63), and Defendant's response thereto, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED on the condition that Plaintiff stipulates: (1) she will not seek damages for the lien from the State of New York for prescription drug payments; and (2) she lacked consistency with her medical care both before and after the accident. Otherwise, her motion will be DENIED.

BY THE COURT:

  /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE